**STATE of Missouri, Respondent,**

v.

**Roscoe BARNHART, Appellant.**

No. 72815.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 12, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 8, 1998.

Application for Transfer Denied Aug. 25, 1998.

Charles M. Shaw, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

### ORDER

PER CURIAM.

Defendant appeals after conviction and sentence to a term of eight years imprisonment on the charge of rape.

We find no error of fact or law. The evidence supported the jury verdict. No jurisprudential purpose would be served by a written opinion. The sentence is affirmed. Rule 30.25(b).